Entered: September 30th, 2024
Signed: September 30th, 2024

**SO ORDERED**



LORI S. SIMPSON
U.S. BANKRUPTCY JUDGE

## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF MARYLAND
### at Greenbelt

In re:  Case No.: **24–14831 – LSS**  Chapter: **7**  Adversary No.: **24–00180**

**Yvonne Dove**
Debtor

**Yvonne Dove**
Plaintiff

vs.

**Diamond Towing & Recovery LLC**
Defendant

### ORDER DENYING MOTION FOR DEFAULT JUDGMENT

On September 27, 2024, Plaintiff filed the Motion for Default Judgment [Dkt. No. 16]. The Motion is premature because, according to Plaintiffs Affidavit of Service [Dkt. No. 14], she served the Reissued Summons on September 19, 2024. As such, no answer would be due at this time. Further, although the Court has previously informed Plaintiff that service via First Class Mail is sufficient under Fed. R. Bankr. P. 7004(b)(3), Plaintiff again attempted to serve the summons via Certified Mail. However, the attachment to the Affidavit shows that service on Defendant was incomplete. As more than 7 days have lapsed since the summons was reissued on September 17, 2024, Plaintiff must again request issuance of a new summons and effectuate proper service thereof. Wherefore, it is, by the United States Bankruptcy Court for the District of Maryland,

ORDERED, that the Motion for Default Judgment [Dkt. No. 16] is DENIED; and it is further,

ORDERED, that Plaintiff must request that the Clerks Office issue a new summons, which may be served by first class mail pursuant to Fed. R. Bankr. P. 7004(b)(3).

cc:  Plaintiff

    Attorney for Plaintiff – Brock Goldner

    Defendant

    Attorney for Defendant – PRO SE

**End of Order**

Case 24-00180   Doc 17   Filed 09/30/24   Page 2 of 2