United States Bankruptcy Court
District of Maryland

Dove,
    Plaintiff

Adv. Proc. No. 24-00180-LSS

Diamond Towing & Recovery LLC,
    Defendant

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0416-0 | User: admin | Page 1 of 1 |
| Date Rcvd: Sep 30, 2024 | Form ID: pdfall | Total Noticed: 2 |

The following symbols are used throughout this certificate:
**Symbol     Definition**
+     Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Oct 02, 2024:**

| Recip ID | Recipient Name and Address |
|---|---|
| dft | + Diamond Towing & Recovery LLC, 5001 Beech Pl, Temple Hills, MD 20748-2003 |
| pla | + Yvonne Dove, 6053 N Hil Mar Cir, District Heights, MD 20747-2962 |

TOTAL: 2

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

NONE

## NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Oct 02, 2024     Signature:     /s/Gustava Winters

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on September 30, 2024 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Brock Goldner | bgoldner@mdlab.org  goldner.brockb118158@notify.bestcase.com |

TOTAL: 1

Entered: September 30th, 2024
Signed: September 30th, 2024
**SO ORDERED**



**LORI S. SIMPSON**
**U.S. BANKRUPTCY JUDGE**

## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF MARYLAND
### at Greenbelt

In re:    Case No.: **24−14831 − LSS**    Chapter: **7**    Adversary No.: **24−00180**

**Yvonne Dove**
Debtor

**Yvonne Dove**
Plaintiff

vs.

**Diamond Towing & Recovery LLC**
Defendant

## ORDER DENYING MOTION FOR DEFAULT JUDGMENT

On September 27, 2024, Plaintiff filed the Motion for Default Judgment [Dkt. No. 16]. The Motion is premature because, according to Plaintiffs Affidavit of Service [Dkt. No. 14], she served the Reissued Summons on September 19, 2024. As such, no answer would be due at this time. Further, although the Court has previously informed Plaintiff that service via First Class Mail is sufficient under Fed. R. Bankr. P. 7004(b)(3), Plaintiff again attempted to serve the summons via Certified Mail. However, the attachment to the Affidavit shows that service on Defendant was incomplete. As more than 7 days have lapsed since the summons was reissued on September 17, 2024, Plaintiff must again request issuance of a new summons and effectuate proper service thereof. Wherefore, it is, by the United States Bankruptcy Court for the District of Maryland,

ORDERED, that the Motion for Default Judgment [Dkt. No. 16] is DENIED; and it is further,

ORDERED, that Plaintiff must request that the Clerks Office issue a new summons, which may be served by first class mail pursuant to Fed. R. Bankr. P. 7004(b)(3).

cc:    Plaintiff

   Attorney for Plaintiff − Brock Goldner

   Defendant

   Attorney for Defendant − PRO SE

### End of Order

Case 24-00180 Doc 19 Filed 10/02/24 Page 3 of 3