IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF MARYLAND

| | |
|---|---|
| IN RE YVONNE DOVE | * CHAPTER 7 |
| | * CASE NO.: 24-14831 |
| Debtor | * |

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

| | |
|---|---|
| YVONNE DOVE | * |
| Plaintiff | * ADVERSARY PROC. NO.: **24-00180** |
| -v- | * |
| DIAMOND TOWING & RECOVERY, | * |
| Defendant | * |

## **PLAINTIFF'S REQUEST FOR CLERK ENTRY OF DEFAULT**

The Plaintiff, Yvonne Dove, through her attorneys, Brock Goldner and Maryland Legal Aid, files this Request for the Clerk Entry of Default, and in support thereof states as follows:

1. This Complaint was filed on July 15, 2024.

2. On September 19, 2024, the Plaintiff served the Defendant via certified mail. The Defendant signed for the Complaint and supporting documents on September 20, 2024. *See Affidavit of Service, Docket #18.*

3. The Defendant has still yet to respond to the Complaint and the time for them to respond either with an Answer or another response has passed. Thirty (30) days after the issuance of the summons was Thursday, October 17, 2024.

4. Under Bankruptcy Rule 7055(a) (Federal Rule of Civil Procedure 55(a)), the clerk is permitted to enter a default against a Defendant if they do not respond timely.

WHEREFORE, Debtor requests that the clerk enter a default against Diamond Towing Recovery.

Date:   October 18, 2024　　　　　　　　　/s/Brock Goldner
　　　　　　　　　　　　　　　　　　　　Brock Goldner
　　　　　　　　　　　　　　　　　　　　Maryland Legal Aid
　　　　　　　　　　　　　　　　　　　　500 E. Lexington Street
　　　　　　　　　　　　　　　　　　　　Baltimore, Maryland 21202
　　　　　　　　　　　　　　　　　　　　(410) 951-7719
　　　　　　　　　　　　　　　　　　　　*Attorney for Plaintiff*

## CERTIFICATE OF SERVICE

The Plaintiff, by and through undersigned counsel, hereby certifies that on October 18, 2024, he served the Plaintiff's Request for Clerk Entry of Default on the Defendant at the address below:

**Diamond Towing & Recovery LLC**
5001 Beech Pl
Temple Hills, MD 20748
*Pro Se Defendant*

　　　　　　　　　　　　　　　　　　　　/s/Brock Goldner
　　　　　　　　　　　　　　　　　　　　Brock Goldner