## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF MARYLAND
## at Greenbelt

In re:     Case No.: **24–14831 – LSS**     Chapter: **7**     Adversary No.: **24–00180**

**Yvonne Dove**
Debtor

**Yvonne Dove**
Plaintiff

vs.

**Diamond Towing & Recovery LLC**
Defendant

## ENTRY OF DEFAULT

It appears from the record that the following defendant failed to plead or otherwise defend in this case as required by law.

Name: Diamond Towing & Recovery LLC

Therefore, default is entered against the defendant as authorized by Federal Bankruptcy Rule 7055.

Dated: 10/23/24

Mark A. Neal, Clerk of Court
by Deputy Clerk, Robert Hegerle
301–344–3399

cc:   Plaintiff

Attorney for Plaintiff – Brock Goldner

Defendant

Attorney for Defendant – PRO SE

clkdflt (08/2006) – *RobertHegerle*