Entered: November 18th, 2024
Signed: November 15th, 2024
**SO ORDERED**



LORI S. SIMPSON
U.S. BANKRUPTCY JUDGE

## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF MARYLAND
### at Greenbelt

In re:   Case No.: **24–14831 – LSS**   Chapter: **7**   Adversary No.: **24–00180**

**Yvonne Dove**
Debtor

**Yvonne Dove**
Plaintiff

vs.

**Diamond Towing & Recovery LLC**
Defendant

## COURT INSTRUCTION

The relief requested at docket entry 22 is neither granted nor denied. It is not clear from the Affidavit of Service [Dkt. No. 18] whether service was made in accordance with Fed. R. Bankr. P. 7004. Specifically, the Affiant does not specify whether he served the summons and complaint to the attention of an officer or agent for Defendant as required by Fed. R. Bankr. P. 7004(b)(3). Wherefore, it is hereby ORDERED, that Plaintiff shall file an affidavit identifying the complete name and address to which the summons and complaint was mailed within 10 days of the entry of this Order or the Court may deny the Motion for Default Judgment without further notice or a hearing.

cc:   Plaintiff

   Attorney for Plaintiff – Brock Goldner

   Defendant

   Attorney for Defendant – PRO SE

**End of Order**