**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF MARYLAND**
**GREENBELT DIVISION**

| | | |
|---|---|---|
| In Re:  In Re: | * | Case No.: 24-15953 |
| YVONNE DOVE, | * | Chapter 7 |
| Debtor. | * | |

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

YVONNE DOVE, *
    Plaintiff. *

v. *

DIAMOND TOWING & RECOVERY LLC, *
    Defendants. *

\*   \*   \*   \*   \*   \*   \*   \*   \*   \*   \*   \*   \*   \*

**AFFIDAVIT OF SERVICE OF DIAMOND TOWING & RECOVERY LLC**

I, Brock Goldner, acknowledge that I served on September 19, 2024 via certified mail to Diamond Towing & Recovery LLC c/o Lewis E Douglas Jr at 5001 Beech Pl, Temple Hills, MD 20748 with the Complaint and Summons in the above-referenced matter. Defendants received and signed for it on September 20, 2024. This means service for the reissued summons was completed within 7 days required. The tracking information is attached hereto as Exhibit A.

I affirm under the penalties of perjury that the above-stated is true and accurate to the best of my knowledge, information and belief.

s/ Brock Goldner
Brock Goldner
Maryland Legal Aid
500 E. Lexington Avenue
Baltimore, Maryland 21202
*Attorney for Debtor/Plaintiff*