Entered: November 20th, 2024
Signed: November 20th, 2024

**SO ORDERED**



**LORI S. SIMPSON**
**U.S. BANKRUPTCY JUDGE**

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF MARYLAND

| | |
|---|---|
| IN RE YVONNE DOVE | * CHAPTER 7 |
| | * CASE NO.: 24-14831 |
| Debtor | * |

\***\***\***\***\***\***\***\***\***\***\***\***\***\***\***\***\***\***\***\***\***\***\***\***\***\***\***\***\***\***\***

| | |
|---|---|
| YVONNE DOVE | * |
| Plaintiff | * ADVERSARY PROC. NO.: **24-00180** |
| -v- | * |
| DIAMOND TOWING & RECOVERY, | * |
| Defendant | * |

**ORDER ON PLAINTIFF'S AMENDED MOTION FOR DEFAULT JUDGMENT**

Upon consideration of Plaintiff's Amended Motion for Default Judgment against Defendant Diamond Towing & Recovery LLC in the above-referenced matter, and any response filed hereto, it is hereby

**ORDERED**, that Plaintiff's Amended Motion for Default Judgment is hereby **GRANTED**; and it is further;

**ORDERED**, that a default judgment in the above-referenced matter is hereby entered against Defendant Diamond Towing & Recovery LLC for **return of vehicle and any funds the court deems appropriate.**

Cc:   Brock Goldner
       Maryland Legal Aid Bureau
       500 E. Lexington Street
       Baltimore, Maryland 21202

   Diamond Towing & Recovery
   5001 Beech Pl.
   Temple Hills, Maryland 20748

   Yvonne Dove
    6053 N Hil Mar Cir
   District Heights, MD 20747

END OF ORDER