Entered: December 3rd, 2024
SO ORDERED
Date signed December 3, 2024
REGISTRY OF JUDGMENTS



**LORI S. SIMPSON**
**U.S. BANKRUPTCY JUDGE**

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF MARYLAND

| | |
|---|---|
| IN RE YVONNE DOVE | * CHAPTER 7 |
| | * CASE NO.: 24-14831 |
| Debtor | * |

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

| | |
|---|---|
| YVONNE DOVE | * |
| Plaintiff | * ADVERSARY PROC. NO.: **24-00180** |
| -v- | * |
| DIAMOND TOWING & RECOVERY, | * |
| Defendant | * |

### **ORDER ON PLAINTIFF'S MOTION TO ENTER A MONEY JUDGEMENT**

Upon consideration of the Plaintiff's Motion to Enter Money Judgment, and any opposition thereto, and appearing that proper Notice was given to Debtor, it is hereby:

**ORDERED,** that the Plaintiff's Attorney's Motion is hereby **GRANTED**; it is further

**ORDERED,** that Plaintiff is granted a judgment of $5,189.1 for regular damages plus court costs against Diamond Towing and Recovery; it is further

**ORDERED**, that Plaintiff is granted a judgment for punitive damages against Diamond Towing and Recovery in an amount the Court deems appropriate; and it is further

**ORDERED**, that Plaintiff's counsel the Maryland Legal Aid Bureau is hereby instructed to file an attorneys fees petition for any attorneys fees connected to this adversary proceeding.

cc:   Diamond Towing & Recovery
      5001 Beech Pl.
      Temple Hills, Maryland 20748

      Brock Goldner, Esquire
      Maryland Legal Aid Bureau
      500 E. Lexington Street
      Baltimore, Maryland 21202

**END OF ORDER**