United States Bankruptcy Court
District of Maryland

Dove,
    Plaintiff

Diamond Towing & Recovery LLC,
    Defendant

Adv. Proc. No. 24-00180-LSS

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0416-0 | User: admin | Page 1 of 1 |
| Date Rcvd: Dec 03, 2024 | Form ID: defntc | Total Noticed: 1 |

The following symbols are used throughout this certificate:
**Symbol    Definition**
+    Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Dec 05, 2024:**

| Recip ID | Recipient Name and Address |
|---|---|
| pla | + Yvonne Dove, 6053 N Hil Mar Cir, District Heights, MD 20747-2962 |

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

NONE

## NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Dec 05, 2024    Signature:    /s/Gustava Winters

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on December 3, 2024 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Brock Goldner | bgoldner@mdlab.org  goldner.brockb118158@notify.bestcase.com |

TOTAL: 1

## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF MARYLAND
### at Greenbelt

In re:   Case No.: **24−14831 − LSS**   Chapter: **7**   Adversary No.: **24−00180**

**Yvonne Dove**
Debtor

**Yvonne Dove**
Plaintiff

vs.

**Diamond Towing & Recovery LLC**
Defendant

# DEFICIENCY NOTICE

| | |
|---|---|
| DOCUMENT: | 32 − Motion to Enter Money Judgement Filed by Yvonne Dove. (Attachments: # 1 Proposed Order # 2 Exhibit A # 3 Exhibit B # 4 Exhibit C) (Goldner, Brock) |
| PROBLEM: | **The following items are deficient for the above pleading, and must be cured by 12/17/24. Proposed Order does not conform to the court's policy regarding orders.** |
| CURE: | Upload a corrected proposed order under Order Upload. Remove the blank spaces within the body of the order; and after the cc's add "END OF Order." |
| CONSEQUENCE: | Failure to cure the problem by the date above may result in the pleading being stricken or other action the Court deems appropriate without further notice. For a proposed order, the failure to cure the problem may result in the relief sought being denied for want of prosecution. |

**Additional information on filing requirements: http://www.mdb.uscourts.gov/content/filing−requirements.**
**Additional information for non−attorney filers: http://www.mdb.uscourts.gov/content/after−filing.**

Dated: 12/3/24

        Mark A. Neal, Clerk of Court
        by Deputy Clerk, Robert Hegerle
        301−344−3399

cc:   Plaintiff

     Attorney for Plaintiff − Brock Goldner

     Defendant

     Attorney for Defendant − PRO SE

defntc (rev. 12/12/2016)