United States Bankruptcy Court
District of Maryland

Dove,
    Plaintiff

Adv. Proc. No. 24-00180-LSS

Diamond Towing & Recovery LLC,
    Defendant

# CERTIFICATE OF NOTICE

District/off: 0416-0      User: admin      Page 1 of 1
Date Rcvd: Dec 03, 2024      Form ID: pdfall      Total Noticed: 2

The following symbols are used throughout this certificate:
**Symbol     Definition**
+     Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Dec 05, 2024:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| dft | + | Diamond Towing & Recovery LLC, 5001 Beech Pl, Temple Hills, MD 20748-2003 |
| pla | + | Yvonne Dove, 6053 N Hil Mar Cir, District Heights, MD 20747-2962 |

TOTAL: 2

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

NONE

## NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Dec 05, 2024      Signature:      /s/Gustava Winters

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on December 3, 2024 at the address(es) listed below:

**Name**      **Email Address**

Brock Goldner
    bgoldner@mdlab.org goldner.brockb118158@notify.bestcase.com

TOTAL: 1

SO ORDERED
Date signed December 3, 2024
REGISTRY OF JUDGMENTS



**LORI S. SIMPSON**
**U.S. BANKRUPTCY JUDGE**

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF MARYLAND

| | |
|---|---|
| IN RE YVONNE DOVE | * CHAPTER 7 |
| | * CASE NO.: 24-14831 |
| Debtor | * |

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

| | |
|---|---|
| YVONNE DOVE | * |
| Plaintiff | * ADVERSARY PROC. NO.: **24-00180** |
| -v- | * |
| DIAMOND TOWING & RECOVERY, | * |
| Defendant | * |

**ORDER ON PLAINTIFF'S MOTION TO ENTER A MONEY JUDGEMENT**

Upon consideration of the Plaintiff's Motion to Enter Money Judgment, and any opposition thereto, and appearing that proper Notice was given to Debtor, it is hereby:

**ORDERED,** that the Plaintiff's Attorney's Motion is hereby **GRANTED**; it is further

**ORDERED,** that Plaintiff is granted a judgment of $5,189.1 for regular damages plus court costs against Diamond Towing and Recovery; it is further

**ORDERED**, that Plaintiff is granted a judgment for punitive damages against Diamond Towing and Recovery in an amount the Court deems appropriate; and it is further

**ORDERED**, that Plaintiff's counsel the Maryland Legal Aid Bureau is hereby instructed to file an attorneys fees petition for any attorneys fees connected to this adversary proceeding.

cc:	Diamond Towing & Recovery
	5001 Beech Pl.
	Temple Hills, Maryland 20748

	Brock Goldner, Esquire
	Maryland Legal Aid Bureau
	500 E. Lexington Street
	Baltimore, Maryland 21202

**END OF ORDER**